

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00039-CR

---

ROYCE WAYNE SEWELL, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323377

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Royce Wayne Sewell has filed a motion to dismiss his appeal, signed both by Sewell and his counsel. Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, we grant his motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss the appeal.

Jack Carter
Justice

Date Submitted:     April 23, 2014
Date Decided:       April 24, 2014

Do Not Publish

2